**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date: 7/17/2023  Case #: 3:23-mj-00616-RMS  Dft #: ____

Honorable Judge: Robert M. Spector
Deputy Clerk: M. Bozek

**UNITED STATES OF AMERICA**
Vs.
Joon Woo Kim

AUSA: Geoffrey M. Stone
Counsel for Defendant: Charles F. Willson
☐ Retained  ☐ CJA  ■ FPD

Start Time: 1:48 PM   End Time: 2:08 PM
USPO: Otto Rothi
Recess (if more than ½ hr) ____ to ____
Reporter/ECRO/FTR: CourtSmart
Interpreter: ____  Language: ____

Total Time ____ hours  20 minutes
Hearing held: ■ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| | | | |
|---|---|---|---|
| ☐ Initial Appearance ____ | ■ Initial Appear. Rule 5  10 min | ■ Detention  10 min | ☐ Arraignment ____ |
| ☐ Motion ____ | ☐ Bond ____ | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☐ Change of Plea ____ | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

■ Arrest or ☐ Self surrender  Date: 7/17/2023
■ Rule 5 charging district: Northern District of California
☐ Case Unsealed
■ Order appointing FPD
☐ Deft failed to appear
■ Order appointing Attorney: Willson for this proceeding only
☐ CJA23 financial affidavit filed under seal
☐ Set ATTY flag and notify grievance clerk
■ Oral Brady Order entered and paper to issue
☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| | | |
|---|---|---|
| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of  ☐ NOT guilty  ☐ guilty  ☐ nolo contendere;  As to counts ____
Plea agreement letter ☐ filed  ☐ under seal  ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☐ Sentencing set for ____ at ____
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $____ on count(s) ____. Total of $____  ☐ due now  ☐ due at sentencing

Rev. 12-9-21                                                                                          Page **1** of **2**

**ORDERS**
☐ Waiver of Rule 5 hearing filed
☐ Defendant motions due_____, Govt. responses due _____
☐ Scheduling Order filed ☐ to be filed; ☐Sentencing scheduling order filed
☐ Hearing on pending motions scheduled for _____ at _____
☐ Jury Selection set for _____ at _____ before Judge_____
☐ Defendant's motion for waiver of 10-day notice filed;  ☐ Granted   ☐Denied   ☐Advisement
_____ hearing set for _____ ; continued until_____

**DETENTION**
☐ Govt's motion for pretrial detention filed ☐ Granted  ☐Denied  ☐Advisement
☐ Order of detention filed
■ Bond set at $ 100,000   ☐ reduced to $_____ ;  ☐Non-surety   ■Surety   ☐Personal recognizance
☐ Bond  ☐revoked   ☐reinstated   ☐continued   ☐modified
☐ No bond set at this time
☐ Order of temporary detention pending hearing filed
☐ Defendant detained
☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
☐ Defendant must reside at _____.
■ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
■ Defendant must surrender passport to the USPO  ■ must not apply for passport
■ Defendant must refrain from possessing firearms or dangerous weapons
■ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
■ Defendant must maintain employment or actively seek employment
■ As set forth in the Order Setting Conditions of Release
☐ Other _____
_____

**MOTIONS**
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement

**NOTES**
The Court orders that the arrest warrant return be filed.
The case has been unsealed in the Northern District of California.
The Defendant waives the identity hearing.